UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROBIN S. BUSCEMI,
        Plaintiff,

v.                                Case No. 21-CV-415

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
        Defendant.

ORDER

Plaintiff's counsel approached defendant's counsel in an attempt to settle attorney fees under the Equal Access to Justice Act (EAJA). Plaintiff's counsel logged 22.2 hours of attorney time and 0 hours of paralegal time. The parties have since reached agreement and have submitted an Amended Stipulated Motion for an Award of Attorney Fees. Based upon the foregoing Amended Stipulated Motion and the Court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees and expenses in the sum of $4,440.00 and costs in the amount of $0.00 shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the EAJA. These fees are awarded to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the parties verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel. If Plaintiff owes a

pre-existing debt subject to offset in an amount less than the EAJA award, Defendant will instruct the U.S. Department of Treasury that any check for the remainder after offset be made payable to Plaintiff and mailed to the business address of Plaintiff's attorney.

SO ORDERED this 13TH day of June, 2022.

/s/ Barbara B. Crabb
Barbara B. Crabb
United States District Judge